IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
|         Plaintiffs,               ) | No. 1:11-cr-00276-SMS |
|     vs.                          ) | ORDER OF RELEASE |
| DIONICO A. HERIMEO,         ) | |
|                Defendant.         ) | |

The above named defendant having been sentenced by U.S. Magistrate Judge Sandra M. Snyder on **AUGUST 31, 2011 to 6 days custody**, Credit for Time Served, and Special Assessment of $25.00 to be paid by November 1, 2011.

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

Dated:   August 31, 2011                                     /s/ Sandra M. Snyder
                                                                              UNITED STATES MAGISTRATE JUDGE

12/6/06 ordrelease.form

1